**Curtis SHULER, Plaintiff—Appellant,**

v.

**Richard NEELY, Superintendent of Lanesboro Correctional Institution; J. Bennett, Superintendent of Lanesboro Correctional Institution; J. Atwater,**

Mailroom Supervisor, Lanesboro Correctional Institution; Stevie Miller, Correctional Officer, Lanesboro Correctional Institution, Defendants—Appellees.

No. 10–6874.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 14, 2010.

Decided: Oct. 22, 2010.

Curtis Shuler, Appellant Pro Se.

Before MOTZ, KING, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Curtis Shuler appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Shuler v. Neely,* No. 3:10–cv–00254–GCM, 2010 WL 2471892 (W.D.N.C. June 15, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*